## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Cristie Anderson,  Civil No. 10-3182 (RHK/LIB)

           Plaintiff,  **ORDER FOR DISMISSAL**

v.

Como Law Firm, P.A.,

           Defendant.
_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 1, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge